UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CASSIE J. POOLE | ) | |
| Plaintiff | ) | CASE NO. 1:18-cv-03255-JRS-MPB |
| | ) | |
| vs. | ) | |
| | ) | |
| MED-1 SOLUTIONS, LLC | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Med-1 Solutions, LLC, by counsel, for its Answer to Plaintiff's Complaint, alleges and states:

### NATURE OF THE ACTION

1. Defendant admits that Plaintiff is bringing suit under the Fair Debt Collection Practices Act ("FDCPA") and the Indiana Deceptive Consumer Sales Act ("IDCSA") but denies the rest of the allegations in paragraph 1 of Plaintiff's complaint.

### JURISDICTION AND VENUE

2. Defendant admits the allegations contained in paragraph 2 of Plaintiff's complaint.

3. Defendant admits the allegations contained in paragraph 3 of Plaintiff's complaint.

### PARTIES

4. Defendant admits that Plaintiff is a "person" and "consumer" as defined by the FDCPA and IDCSA, but it is without sufficient information to admit or deny the allegations contained in paragraph 4 of Plaintiff's complaint.

5. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 5 of Plaintiff's complaint.

6. Defendant admits the allegations contained in paragraph 6 of Plaintiff's complaint.

7. Defendant admits the allegations contained in paragraph 7 of Plaintiff's complaint.

8. Defendant admits the allegations contained in paragraph 8 of Plaintiff's complaint.

9. Defendant admits the allegations contained in paragraph 9 of Plaintiff's complaint.

## FACTS SUPPORTING CAUSES OF ACTION

10. Defendant admits that Plaintiff has outstanding debts but is without sufficient information to admit or deny the rest of the allegations contained in paragraph 10 of Plaintiff's complaint.

11. Defendant admits the allegations contained in paragraph 11 of Plaintiff's complaint.

12. Defendant denies the allegations contained in paragraph 12 of Plaintiff's complaint. Defendant is an agent for collection.

13. Defendant is without sufficient information to admit or deny the date Plaintiff received the letter, but it admits the rest of the allegations contained in paragraph 13 of Plaintiff's complaint.

14. Defendant admits the allegations contained in paragraph 14 of Plaintiff's complaint.

15. Defendant denies that Plaintiff was confused but admits the rest of the allegations contained in paragraph 15 of Plaintiff's complaint.

16. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 16 of Plaintiff's complaint.

17. Defendant denies the allegations contained in paragraph 17 of Plaintiff's complaint.

## DAMAGES

18. Defendant denies the allegations contained in paragraph 18 of Plaintiff's complaint.

19. Defendant denies the allegations contained in paragraph 19 of Plaintiff's complaint.

20. Defendant denies the allegations contained in paragraph 20 of Plaintiff's complaint.

21. Defendant admits that Plaintiff has retained counsel, but it denies the rest of the allegations in paragraph 21 of Plaintiff's complaint.

22. Defendant denies the allegations contained in paragraph 22 of Plaintiff's complaint.

### GROUNDS FOR RELIEF

### COUNT I
### VIOLATIONS OF THE FAIR DEBT COLLECITON PRACTICES ACT
### 15 U.S.C. §§ 1692e, e(5), e(10), e(14) and f

23. Defendant incorporates all prior paragraphs by reference.

24. Defendant admits the allegations contained in paragraph 24 of Plaintiff's complaint.

25. Defendant denies the allegations contained in paragraph 25 of Plaintiff's complaint.

26. Defendant denies the allegations contained in paragraph 26 of Plaintiff's complaint.

27. Defendant denies that it violated the FDCPA.

28. Defendant denies the allegations contained in paragraph 28 of Plaintiff's complaint.

### COUNT II
### VIOLATIONS OF THE INDIANA DECEPTIVE CONSUMER SALES ACT
### I.C. 24-5-0.5-3(a) and (b)(20)

29. Defendant incorporates all prior paragraphs by reference.

30. Defendant denies the allegations contained in paragraph 30 of Plaintiff's complaint.

31. Defendant admits the allegations contained in paragraph 31 of Plaintiff's complaint.

32. Defendant denies the allegations contained in paragraph 32 of Plaintiff's complaint.

33. Defendant denies the allegations contained in paragraph 33 of Plaintiff's complaint.

34. Defendant denies the allegations contained in paragraph 34 of Plaintiff's complaint.

35. Defendant denies the allegations contained in paragraph 35 of Plaintiff's complaint.

36. Defendant denies the allegations contained in paragraph 36 of Plaintiff's complaint.

## AFFIRMATIVE DEFENSES

Defendant, Med-1 Solutions, LLC, by counsel, in response to the Plaintiff's Complaint, hereby asserts the following additional defenses:

1. There is no private right of action for the claims alleged under the IDCSA.

KIGHTLINGER & GRAY, LLP

By: s/ *Nicholas W. Levi*
Nicholas W. Levi (#24278-53)

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kristen C. Wasieleski
David S. Klain
Consumer Law Partners, LLC
333 North Michigan Ave. Suite 1300
Chicago, IL  60601

s/ *Nicholas W. Levi*

Nicholas W. Levi
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  317-638-4521
Email:  nlevi@k-glaw.com