UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSIE J. POOLE,<br><br>                Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC<br><br>                Defendant. | Civil Action No. 1:18-cv-03255-JRS-MPB |

STATEMENT OF CLAIM

    Plaintiff, Cassie J. Poole, through undersigned counsel respectfully submits her Statement of Defenses she intends to prove at trial, pursuant to the Court's Case Management Plan, Section IV(A) (Doc. No. 12) and Fed. R. Civ. P. 11 as follows:

    Plaintiff brings her present case as a single action claiming violations of the Fair Debt Collection Practices Act ("FDCPA"). Plaintiff alleges that Defendant has violated the FDCPA and Indiana Deceptive Consumer Sales Act ("IDCSA"). Specifically, Plaintiff alleges that Defendant violated Sections 1692e, e(5), e(10), e(14) and f of the FDCPA and Sections 24-5-0.5-3(a) and b(20) of the IDCSA by using the name "Richard R. Huston, Attorney at law" a name other than Defendant's true name, Med-1 Solutions, LLC. By using "Richard R. Huston, Attorney at Law" on the envelope made the letter unclear as to who was collecting the debt and misrepresenting that the communication was from an attorney instead of Defendant, in direct violation of 15 U.S.C. § 1692e(14).

    Plaintiff will present evidence that Defendant's letter would be perceived by the least sophisticated consumer as coming from an attorney. And with that, the letter is heightened to a higher level of scrutiny by this Court.

Under the FDCPA, Plaintiff will be entitled to actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1), Statutory damages of $1,000 for a violation of the FDCPA, pursuant to 15 U.S.C. § 1692k(a)(2)(A), and the costs of this action and reasonable attorneys' fees as provided under 15 U.S.C. § 1692k(a)(3) and I.C. 24-5-0.5-4(a).

Plaintiff reserves the right to amend her Statement of Claim through the time of trial.

DATED: August 9, 2019

Respectfully submitted,

By: /s/ Kristen C. Wasieleski
Kristen C. Wasieleski
Consumer Law Partners, LLC
333 N. Michigan Avenue, Suite 1300
Chicago, Illinois 60601
Phone: (267) 422-1000
Facsimile: (267) 422-2000
Email:kristen.w@consumerlaw
partners.com