UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

IN RE:  COURT OPERATIONS UNDER THE  )
EXIGENT  CIRCUMSTANCES  CREATED  BY  )
COVID-19 AND RELATED CORONAVIRUS     )

## GENERAL ORDER

This General Order is being issued in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in the United States of America, and specifically within the Southern District of Indiana. The Court has considered guidance from a variety of sources including the Centers for Disease Control and Prevention, as well as federal, state and local public health authorities.

Based on the information available to date, including the estimated number of persons infected currently with COVID-19 and the vast number of cases projected to occur in the immediate future, the Court makes the following findings:

1) Current Court operations present substantial health risks to the public;

2) It is not possible to summon a pool of potential jurors and conduct a jury trial in a manner that does not expose potential jurors, counsel, court staff and litigants to substantial and unacceptable health risks, specifically, the danger of becoming infected with COVID-19;

3) Such risks may be significantly mitigated by temporarily modifying Court operations; and

4) Good cause exists to implement temporary changes to Court operations.

Therefore, it is hereby ORDERED that, effective March 13, 2020, through and including at least May 1, 2020, in all of the Court's divisions:

1) All jury trials are **continued.**

2) For criminal trials, delay caused by the continuances implemented by this General Order will be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A), as the Court specifically finds that the ends of justice

served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial. Unless otherwise ordered by the assigned District or Magistrate Judge, all other criminal court proceedings will proceed as scheduled. To the extent criminal proceedings may be conducted via phone or videoconference, conversion of in person proceedings to telephonic or videoconference proceedings will be at the discretion of the assigned District or Magistrate Judge.

3) Unless otherwise ordered by the assigned District or Magistrate Judge, all other civil court proceedings will proceed as scheduled. Conversion of in person proceedings to telephonic or videoconference proceedings will be at the discretion of the assigned District or Magistrate Judge.

4) All naturalization ceremonies are **cancelled**. If an individual meets the criteria set forth in 8 U.S.C. § 1448(c) as qualifying for an expedited judicial oath administration ceremony, and if that individual is seeking a name change pursuant to 8 U.S.C. § 1448(e), the Court will make arrangements for naturalization of that individual by a judicial officer.

5) United States Marshal Service ("USMS") law enforcement personnel and USMS-Deputized contract Court Security Officers shall deny building access to individuals who may be infected with COVID-19 or otherwise appear to pose a public health risk. All persons seeking to enter courthouses within the Southern District of Indiana will be required to answer the following questions:

- Are you experiencing symptoms of fever, cough, or shortness of breath?

- Have you been in close contact with someone confirmed or who is being evaluated for COVID-19?

- Have you recently visited an area that is subject to quarantine because of COVID-19 infection?

Persons who answer "yes" to any of the above questions will be denied courthouse access. Persons who exhibit symptoms of illness potentially indicating COVID-19 infection will be denied courthouse access. USMS law

enforcement personnel and USMS-Deputized Court Security Officers have the authority to deny courthouse access to persons who otherwise reasonably appear to present a health risk. Those denied access will be provided information regarding the appropriate individual or entity to contact.

All federal courthouses in the Southern District of Indiana remain open. Staff in the Clerk's Office will be available by telephone, mail will be received and processed, and Court Services intake counters will remain open to receive filings. Electronic filings may still be made by registered users through the CM/ECF system. The public is encouraged to continue utilizing court services while following all applicable public health guidelines.

Dated this 13th day of March 2020.

For the Court,

_____
Hon. Jane E. Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana