UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CASSIE J. POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03255-JRS-MPB |
| | ) | |
| MED-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**Order**

Cassie J. Poole sued MED-1 Solutions, LLC alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692e *et seq.* and Indiana's Deceptive Consumer Sales Act ("IDCSA"), Indiana Code § 24-5-0.5-3(a) and (b)(20).  On March 20, 2020, the Court denied Plaintiff's Motion for Summary Judgment and granted in part MED-1's Motion for Summary Judgment as to Poole's FDCPA claims based on her belief that Richard R. Huston was suing her or that litigation was imminent and as to her claims under the IDCSA.

MED-1's Motion for Summary Judgment was limited to a few, narrow grounds, but in opposing Poole's Motion for Summary Judgment, MED-1 demonstrated that Poole cannot prevail on any of her claims in this action.  Therefore, the Court gave Poole notice and a reasonable opportunity to respond as to why summary judgment should not be granted in favor of Med-1 on the grounds not raised by MED-1 in its own motion but raised in response to Poole's cross-motion for summary judgment. The deadline for Poole's response has passed, and Poole filed no response.  Nor has

she sought an extension of time within which to respond.  Accordingly, under Fed. R. Civ. P. 56(f)(2), the Court finds that MED-1 is entitled to summary judgment on all of Poole's claims.  Final judgment will be entered accordingly.

    **SO ORDERED**.

Date: 4/15/2020

                                         JAMES R. SWEENEY II, JUDGE
                                         United States District Court
                                         Southern District of Indiana

Distribution:

David S. Klain
CONSUMER LAW PARTNERS, LLC
davidklain@aol.com

Nicholas Ward Levi
KIGHTLINGER & GRAY, LLP (Indianapolis)
nlevi@k-glaw.com

Jackson Lee Schroeder
KIGHTLINGER & GRAY
jschroeder@k-glaw.com